# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| STANLEY L HAMILTON,<br><br>    *Plaintiff*,<br><br>v.<br><br>Warden TEKETA JESTER, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>5:24-cv-00186-TES-CHW |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 21]. Plaintiff Stanley Hamilton did not object to the Recommendation in the allotted time.[1] [*Id.* at p. 9]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1). The magistrate judge recommended the Court grant Defendant Smith's Motion for Summary Judgment. [Doc. 17]; [Doc. 21, p. 9]. Accordingly, the Court **GRANTS** Defendant Smith's Motion for Summary Judgment. [Doc. 17].

**SO ORDERED**, this 31st day of December, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court sent the Report and Recommendation to Plaintiff's first address, and then to the address listed on his change of address. *See* [Doc. 20]; [Doc. 22]. The mail was returned as undeliverable to the first address. [Doc. 22]. The Report was not returned as undeliverable to the second address, and no objection was received. This is consistent with Plaintiff's previous behavior in this case when he did not object to the Report and Recommendation from 2024. [Doc. 9]; [Doc. 10].