IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STANLEY L HAMILTON,                      *

          Plaintiff,                       *

v.                                         Case No. 5:24-cv-00186-TES-CHW

                              *

WARDEN TEKETA JESTER,                     *

          Defendants.                      *

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated March 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 2nd day of March, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk